**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: § § § Geo-Tech Polymers, LLC, § § § Debtor-in-possession. § § | Case No.: 2:20-bk-50255 Chapter 11 Judge C. Kathryn Preston |

**MOTION TO APPROVE EMPLOYMENT WITH NOTICE**

Now comes Debtor in Possession Geo-Tech Polymers, LLC ("GTP"), by and through its proposed undersigned counsel, and moves this Honorable Court pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, for an Order authorizing and approving the employment of TOMPKINS, SELPH, & ASSOCIATES, LTD. ("TSA"), to represent GTP in all capacities effective as of the filing of the Chapter 11 petition. In support of this Application, GTP submits the Verified Statement of Theran J. Selph, Sr., managing member of TSA, which is attached hereto as Exhibit "A." In further support of this Application, GTP represents as follows:

**Request for Authority to Retain and Employ TSA.**

1. GTP desires to retain and employ TSA as counsel in this Chapter 11 case pursuant to Sections 1107(a) and 327 of the Bankruptcy Code.

**TSA's Qualifications**

2. GTP believes TSA to be experienced in matters of this character and well qualified to represent GTP. Specifically, TSA has over fifteen (15) years of bankruptcy, corporate, business, finance, real estate, and litigation experiences.

**Services to be Provided by TSA**

3.　　GTP anticipates that TSA will render general legal services to GTP as needed throughout the course of this Chapter 11 case, including bankruptcy, corporate, finance, workout, and litigation assistance and advice. It is anticipated that TSA will provide, among others, the following legal services to GTP:

a.　Advise GTP of their rights, powers and duties in this case;

b.　Assist GTP in preparation of GTP voluntary Chapter 11 Petition and Statements and Schedules;

c.　Assist GTP in the formulation, preparation and prosecution of a plan of reorganization and related disclosure statement, as well as such agreement(s), if any, as may be necessary or proper to implement such plan;

d.　Assist GTP regarding litigation; and other matters related to the administration and conduct of GTP's Chapter 11 case;

e.　Assist and advise GTP in its discussions with creditors relating to the administration of this case;

f.　Assist GTP in reviewing claims asserted against it and negotiating with claimants asserting such claims;

g.　Assist GTP in examining and investigating potential preferences, fraudulent conveyances, and other causes of action;

h.　Represent GTP at all hearings and other proceedings;

i.　Review and analyze all motions, applications, orders and other pleadings and papers filed with the Court, and advise GTP with respect thereto;

    j.    Advise GTP concerning, and prepare on behalf of GTP, all motions, applications, complaints, replies, objections, answers, draft orders, other pleadings, notices and other documents that may be necessary and appropriate in furtherance of the GTP's interests, duties and objectives;

    k.    Perform such other legal services as may be required or appropriate in accordance with GTP's powers and duties under the Bankruptcy Code; and

    l.    Represent GTP on adversary or civil litigation cases relative to GTP's claims contra third-parties for breach of contract, patent infringement, and other torts.

4. GTP requires knowledgeable counsel to render these essential professional services. As noted above, TSA has experience in these areas. As a result, TSA is well qualified to perform these services and represent GTP in this Chapter 11 case.

**Payment of Fees and Expenses**

5. Subject to this Court's approval and adjustment in accordance with relevant law, TSA will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date that services are rendered through its practice management system to capture real time services rendered. These rates may change from time to time in accordance with TSA's established billing practices and procedures. TSA will maintain detailed, contemporaneous records of time and any actual and necessary expenses

3

incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

6. More specifically, TSA has prepared an engagement letter for the GTP, which is the basis upon which TSA has agreed to the represent GTP in this bankruptcy case (the "Engagement Letter"). A true and correct copy of the Engagement Letter is attached hereto as Exhibit "B" and is, by this reference, incorporated herein.

7. The only agreement for payment of TSA's attorneys' fees and costs in GTP's Chapter 11 case is the Engagement Letter, as heretofore described in paragraph 6 of this Application.

8. TSA intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, and pursuant to any additional procedures that may be established by the Court in this case.

**Disclosure Concerning Conflicts of Interest**

9. To the best of TSA's and GTP's knowledge, information, and belief, other than as set forth below and in connection with the retention proposed herein, and the Verified Statement Pursuant to Rule 2014, TSA has no connection with GTP, its creditors, the U.S. Trustee, or any other party with an actual or potential interest in this Chapter 11 case.

4

10. As more fully set forth in the Verified Statement of Theran J. Selph, Sr. appended hereto, as of the filing of the Petition, TSA is not owed any pre-petition fees.

11. To the best of GTP's knowledge, information and belief, TSA neither represents nor otherwise holds any other interest adverse to GTP or its estate. The employment of TSA would be in the best interest of GTP. The knowledge, information, and belief regarding the matters set forth herein are based, and made in reliance, upon the Verified Statement of Theran J. Selph, Sr.

**Notice, Prior Application**

12. A true and correct copy of this Application is herewith being submitted to the U.S. Trustee. Additionally, this Application is being sent to GTP's creditors with notice.

13. No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, GTP respectfully requests that the Court enter an order authorizing the employment of TSA, as counsel for GTP in all capacities, including that of Debtor-in-possession, effective as of the filing of the Chapter 11 petition; and that the Court grant such other and further relief as is just concerning this Application.

Respectfully submitted,

TOMPKINS, SELPH, & ASSOCIATES, LTD.

 /s/ *Theran J. Selph, Sr.*
Theran J. Selph, Sr.    (0079376)
PO Box 341318
Columbus, Ohio 43234-1318
(614) 453-0971/ (866) 519-5298 (facsimile)

5

tselph@selphlaw.com
*Proposed counsel for Debtor-in-Possession Geo-Tech Polymers, LLC*

**/s/ *Sanjay Dutta***
Geo-Tech Polymers, LLC
479 Industrial Park Drive
Waverly OH 45690
Authorized agent of Geo-Tech Polymers, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| | § | Case No.: 2:20-bk-50255 |
| Geo-Tech Polymers, LLC, | § | Chapter 11 |
| | § | Judge C. Kathryn Preston |
| Debtor-in-possession. | § § | |

**NOTICE OF MOTION TO APPROVE EMPLOYMENT**

Notice is hereby given that Debtor in Possession Geo-Tech Polymers, LLC ("GTP") filed a motion to approve employment. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to the Clerk of the Court at the United States Bankruptcy Court, 170 N. High Street, Columbus, OH 43215, OR your attorney must file a response using the Court's ECF System.

The Court must receive your response on or before the date above. You must also send a copy of your response either by 1) the Court's ECF System, or by 2) regular U.S. Mail to Jeremy Shane Flannery at the United States Trustee Office, 170 North High Street, Suite 200, Columbus, Ohio 43215 and Theran J. Selph, Sr., Esq., TOMPKINS, SELPH & ASSOCIATES, LTD., PO Box 341318, Columbus, Ohio 43234-1318.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further notice or hearing.

    Respectfully submitted,

    TOMPKINS, SELPH & ASSOCIATES, LTD.

    */s/ Theran J. Selph, Sr.*
    Theran J. Selph, Sr. (0079376)
    PO Box 341318
    Columbus, Ohio 43234-1318
    (614) 453-0971/ (866) 519-5298 (facsimile)
    tselph@selphlaw.com
    *Counsel for Debtor-in-Possession Geo-Tech Polymers, LLC*

**Exhibit A**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| Geo-Tech Polymers, LLC, | § § § | Case No.: 2:20-bk-50255<br>Chapter 11<br>Judge C. Kathryn Preston |
| Debtor-in-possession. | § § | |

**VERIFIED STATEMENT OF THERAN J. SELPH, SR. IN SUPPORT OF THE MOTION TO APPROVE EMPLOYMENT**

I, Theran J. Selph, Sr., under penalty of perjury, make the following declaration required by Rule 2014, Federal Rules of Bankruptcy Procedure:

1. I am an attorney in good standing and admitted to practice before the courts of the State of Ohio, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States Bankruptcy Court for the Northern District of Ohio, and the United States Bankruptcy Court for the Southern District of Ohio.

2. I am the managing member at TOMPKINS, SELPH, & ASSOCIATES, LTD. ("TSA") and am authorized to execute this declaration on its behalf.

3. I make this declaration based on my personal knowledge in support of Debtor in Possession Geo-Tech Polymers, LLC's ("GTP") Application for Authority to Employ and Appoint TSA as its counsel.

4. The partners and of counsel attorneys of TSA have experience and skill in creditor and debtor bankruptcy representations, including workouts, litigation, finance, and real estate matters. TSA is qualified to serve as counsel for GTP.

5. TSA was retained by GTP on or about January 8, 2020, to provide advice and counsel with respect to GTP's litigation issues and workouts. TSA was paid for such pre-petition services. On January 16, 2020, GTP engaged TSA for bankruptcy and a restructuring of GTP's financial obligations. TSA holds in its trust account an unapplied bankruptcy fee retainer of $25,000.00. The source of both the pre-petition employment payments and the bankruptcy retainer was Dr. Sudarsana R. Challa, an owner of SS Enterprises, LLC, which Delaware limited liability company is the sole owner GTP.

6. Apart from this pre-petition representation described above and the representation of GTP in its Chapter 11 case, TSA has no other relationship with GTP, nor does it hold or represent an interest adverse to the creditors of the estate or interested parties in the present matters so far as those parties are known.

7. TSA conducted a conflict review based on the names provided to TSA by GTP. Those names appear on GTP's master mailing list. In addition, TSA checked the names of GTP's principals for conflicts. No conflicts were found.

8. TSA and its attorneys are disinterested persons as that term is defined in 11 U.S.C. §101(14).

9. The only agreement or arrangement between TSA and GTP for payment of fees and expenses is such payment as may be authorized by this Court from the estate or the retainer from Mr. Challa. TSA has not agreed to share any fees or expenses paid to TSA by or on behalf

of GTP except among attorneys and of counsel for TSA. TSA has received no payment from GTP and has entered into no agreement regarding payment except as disclosed herein.

10. TSA intends to provide expeditious and cost-effective legal representation.

11. In connection with its employment by GTP, TSA agrees to charge hourly rates and to seek reimbursement of expenses according to its customary practice with bankruptcy and non-bankruptcy clients, subject to the approval of Court pursuant to §§ 328 and 330 of the Code. The usual hourly rates of TSA attorneys range from $300.00 for partners and attorneys of counsel, from $200.00 to $155.00 for associates, and from $70.00 to $135.00 for paralegals. These rates are subject to annual review and adjustment; any changes in rates will be brought to the attention of the Court, GTP, any creditors' committee appointed herein, the U.S. Trustee, and other interested parties. TSA submits these rates are comparable to or less than those charged by attorneys of comparable experience for similar services in the Columbus, Ohio area.

12. In connection with its employment by GTP, TSA will abide by all local rules of the Bankruptcy Court and all guidelines of the U.S. Trustee for the District of Ohio.

Dated February 12, 2020.

/s/ *Theran J. Selph, Sr.*
Theran J. Selph, Sr.

STATE OF OHIO,
COUNTY OF FRANKLIN, SS:

Sworn to or affirmed and subscribed before me by Theran J. Selph, Sr. on February 12, 2020. Either knowing Theran J. Selph, Sr. or having satisfactory evidence that the same was the signer(s) herein, IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my official seal on the day and year last aforesaid. This is a jurat: an oath or affirmation was administered to the signer(s).

/s/ *Hannah C. Spencer*
Notary Public
My Commission Expires: 9/27/23



# TOMPKINS, SELPH, & ASSOCIATES, LTD.

January 16, 2020

**VIA HAND DELIVERY**

Geo-Tech Polymers, LLC
Attn.: Sanjay Dutta
479 Industrial Park Drive
Waverly OH 45690

    Re:    In re Geo-Tech Polymers, LLC
            United States Bankruptcy Court for the Southern District of Ohio (Columbus)
            Case No.: TBD ("BK Case")

Dear Mr. Dutta:

Thank you for inviting TOMPKINS, SELPH & ASSOCIATES, LTD. and Theran J. Selph, Sr. collectively, "Firm" and "We") to represent Geo-Tech Polymers, LLC (collectively, "You" and "Your") in connection with the BK case. The Firm is committed to providing quality legal representation and services. We look forward to working with You!

At the outset of a new matter, We believe it is important for lawyers and clients to understand the scope and nature of the agreed upon services, and to agree on the terms for providing these services. Accordingly, the purpose of this engagement letter is to explain the Firm's fees, expenses charged to clients, billing policies and payment terms. The letter is prepared as part of the agreement that the Firm will represent You in connection with this matter.

We trust You will accept the use of this relatively standard form letter as We want to be sure that all Firm clients receive comparable information regarding new engagements. If You have any questions about the provisions of this engagement letter, or if You want to discuss possible modifications, please call me immediately.

**Client.**

The Firm's client in this matter will be Geo-Tech Polymers, LLC alone and not any other person or entity. That said, signing below confirms our mutual understanding that You, and any guarantor stated therein, agree to be responsible for payment of the Firm's fees and expenses in this matter.

Sanjay Dutta
Geo-Tech Polymers, LLC
Page | 2

**Scope of Engagement.**

The Firm will represent You regarding the BK case. This Agreement will serve as the master engagement agreement, but You understand that We will execute a separate retainer agreement for each file pursuant to the Firm's ethical obligations to run a conflict of interest check on each separate matter, among other reasons. If additional legal services are requested beyond this scope of engagement a separate written agreement defining the scope of that additional engagement is required. I will be Your primary contact on this matter.

**Legal Fees.**

Generally, the Firm's services are billed on an hourly basis, with time being charged in tenths of an hour, i.e., in six-minute blocks. If paralegals or other lawyers in the Firm perform services on this matter, their time will be billed at their individual rates. I will bill this matter at the rate of $300.00 an hour. All rates are subject to change as set forth in the standard billing policies and procedures, which are attached to this letter. These policies and procedures form an integral part of this agreement. Expenses incurred for such things as copying, long-distance telephone calls, travel, and recording fees are charged in addition to the fees for professional services.

It is important to understand that this fee is based on not encountering any unforeseen circumstances or difficulties in this inquiry. In addition, it is based upon an approximation of the number of hours I would anticipate spending in meetings and telephone conversations with you and in drafting the documents. If an unexpectedly large number of hours are required due to unusually individualized provisions or other unforeseen circumstances, the fee or the scope of services will need to be reassessed. As we proceed with the work, I will advise you of any possibility that the fee or scope of work might need to be adjusted.

This agreement pertains only to legal services rendered for the matter expressly stated above and does not relate to any other matters for which You seek representation by the Firm. Time expended on Your matter does not necessarily serve as the sole basis for determining our fees. Although time is ordinarily the basis, other factors include, but are not limited to, the following:

1. The time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal services properly;

2. The likelihood that the acceptance of this employment may preclude other employment by me;

3. The results obtained; and

4. Time limitations imposed by the client or the circumstances.

Sanjay Dutta

Geo-Tech Polymers, LLC

Page | 3

**Advance Deposit.**

The Firm requires its client to maintain a deposit against fees and expenses, as more fully set forth in the billing policies. The Firm may elect later to request an increased retainer deposit. Additionally, the Firm retains the right to suspend the provision of services until the deposit is furnished, or restored to the required amount, including but not limited to withdrawing as Your counsel in this matter. In this matter the Firm requires an initial retainer deposit of $25,000.00 USD.  Here is the link to pay this retainer: https://secure.lawpay.com/pages/selph-law-ltd/trust. This retainer will need to be paid prior to any filings or appearances by the Firm on Your behalf.

All deposits will be held in the Firm's trust account and applied against each invoice, first to advances, then to legal fees, and then to expenses. As the initial deposit is consumed, You agree to replenish this initial deposit.  You also agree that advances, legal fees and then expenses then due will be deducted from any settlements or collections prior to any distributions to You.  After such deductions, any surplus will be sent to You.  Alternatively, at our discretion We may elect to deposit that surplus into the Firm's trust account to be applied to future advances, fees, or expenses.  After the final invoice, if applicable, any remaining amount on deposit will be refunded to You.

**Charges and Disbursements.**

Certain charges and expenses incurred on a client's behalf in rendering legal services, including but not limited to photocopy costs, messenger service, and the like, are payable by the client. These charges are described in the billing policies and You agree to pay these charges and disbursements.

**Travel.**

All air travel within the continental United States will be at coach fare unless prior approval is obtained from You. Automotive travel will be at the IRS rate per mile (subject to change) or, in the case of rental car or taxi, the direct out-of-pocket cost.

**Privacy Policy.**

The Firm may elect to contract with other third parties to perform services for Your benefit, such as photocopying documents or other file-related tasks. When it is necessary to use third parties, the Firm will disclose only the information necessary for the third party to carry out its agreed responsibilities. The Firm will require these third parties to treat Your personal information, and the Firm's information regarding Your matters, as confidential.

**Billing and Payment.**

Sanjay Dutta

Geo-Tech Polymers, LLC

Page | 4

Statements for services rendered and costs incurred are provided monthly. All statements are payable upon receipt. If Your payment is delayed beyond 30 days, the Firm reserves the right to impose a service charge, of 18% per annum, monthly compounding, on the unpaid amount. The Firm also reserves the right to withdraw as counsel for any client who fails to pay bills (or to replenish the balance of a retainer or an increased retainer) within five (5) business days after the Firm sends written request for as much.

**Client's Duties.**

You agree to cooperate with the Firm as Your legal counsel and to promptly provide all information known or available to You relevant to the Scope of Engagement, as defined herein. You also agree to pay the Firm's statements for services rendered and charges in accordance with the terms of this letter.

**Term of Engagement.**

Either party may terminate the engagement at any time for any reason by written notice, subject on the Firm's part to applicable rules of professional conduct. If the Firm terminates the engagement, the Firm will take such steps as are reasonably practicable to protect Your interests in this matter.

Unless previously terminated, the Firm's representation of You as to this matter will terminate upon the Firm's sending You the Firm's final statement for services rendered in connection with this matter. Following termination, any otherwise non-public information You have supplied to us that is retained by us will be kept confidential in accordance with applicable rules of professional conduct. At Your written request, Your papers and property will be returned to You. The Firm's own files, including lawyer work product, pertaining to the matter will be retained by the Firm. To minimize unnecessary storage expenses, the Firm reserves the right to destroy or otherwise dispose of any such documents or other materials retained by it within a reasonable time as elected by the Firm after the termination of the engagement.

You are engaging the Firm to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon Your future rights and liabilities. Unless You engage us after the completion to provide additional advice and issues arising from the matter, the Firm will have no continuing obligation to advise You with respect to future legal developments. This Agreement will be governed by the laws of the United States of America and the State of Ohio, with venue in Franklin County, Ohio. You agree to this exclusive choice of law, forum, jurisdiction, and venue.

**Conflicts.**

Sanjay Dutta

Geo-Tech Polymers, LLC

Page | 5

Under the Ohio Rules of Professional Conduct, the Firm must have undivided loyalty to the Firm's clients. This requirement means that a lawyer must refuse to accept or continue employment of the interests of another client may impair the independent professional judgment of the lawyer. In this regard, the Firm represents other companies and individuals. It is possible during the time that the Firm is representing You, some of the Firm's present or future clients will have disputes or transactions with You or against parties adverse to You. Because of these disputes or transactions, conflicts of interest may arise, and when they do, the Firm will address them with You in a manner consistent with the Firm's obligations under the Ohio Rules of Professional Conduct. In circumstances in which the rules relating to conflicts dictate that the Firm not represent the other client, the Firm will not do so. In circumstances in which a waiver may be solicited, the Firm may solicit a waiver from You. In circumstances in which a waiver is not required, the Firm may represent the other client. The Firm will protect, however, as required by the Ohio Rules of Professional Conduct, Your confidential information or documents entrusted to the Firm's care.  By signing below, you consent to the Firm's representation of Geo-Tech Polymers, LLC, being a closely held company managed by Sanjay Dutta and Sudarsana Challa, and owned by SS Enterprises, LLC, being an entity solely owned by Sanjay Dutta and Sudarsana Challa.  You waive any conflicts of interest and any privilege in this joint representation acknowledging the absence of any adverse interests.

**Identification No.**

The Firm's tax identification number is ███████

**Questions about Billing.**

I encourage You to discuss with me any questions You may have about statements rendered to You. The purpose of this letter is to avoid any misunderstanding concerning the terms of the Firm's engagement and the Firm's rendering of legal services to You. Please sign and return a copy of this executed letter agreement to me. Of course, if You have any questions, please call me. I truly appreciate this opportunity, and I look forward to working with You. I truly appreciate the opportunity to work with you in the BK Case.

Regards,

TOMPKINS, SELPH & ASSOCIATES, LTD.

*/s/ Theran J. Selph, Sr.*

Theran J. Selph, Sr.
Attorney at Law
tselph@selphlaw.com

Sanjay Dutta

Geo-Tech Polymers, LLC

Page | 6


We agree to engage Theran J. Selph, Sr. and TOMPKINS, SELPH & ASSOCIATES, LTD. pursuant to the terms set forth in this letter, as of February 14, 2020.


*/s/ Sanjay Dutta*

Sanjay Dutta, personally, and as the authorized agent of Geo-Tech Polymers, LLC, and SS Enterprises, LLC


**BILLING POLICIES AND PROCEDURES**

A. **Trust Account.** You and any other person paying the fees or expenses or any portion thereof hereby authorize the Firm to use amounts deposited in the trust account to pay legal fees and other charges under ¶B below.[1] If the Firm deems it necessary, a reserve equal to one month's estimated fees and expenses, or such other amount as the Firm may reasonably determine, will be payable in advance and held in the Firm's trust account to be disbursed monthly against fees and expenses incurred, with the trust account balance to be restored monthly.

B. **Expense Reimbursement.** In addition to fees, the Firm will be entitled to payment or reimbursement for costs and expenses incurred in performing services, such as photocopying, messenger and delivery service, computerized research, travel (including mileage, air fare, lodging, meals and ground transportation), and filing fees. Unless special arrangements are made at the outset, fees and expenses of others, such as court reporters, investigators, process servers or court filing fees, will not be paid by the Firm and will be the responsibility of, and paid in advance by or billed directly by the service provider to You. Currently the Firm charges $.10 per page for in-house copying and actual cost for outside copy services.

C. **Hourly Rates; Time Entries.** The Firm reserves the right to change the Firm's hourly rates. Rates are evaluated periodically. The Firm will mail You written notice of any future rate increase before the increase takes effect. Please note that telephone calls and correspondence are normally billed at not less than 0.2 hours.

D. **Payment of Statements.** Statements for services rendered and costs advanced or incurred are issued monthly and payable upon receipt.

E. **Dishonored Checks.** A fee will be assessed for dishonored checks, equal to $50 or twice the charge imposed by the Firm's bank for handling the dishonored check, whichever is greater.

---

[1] Under Ohio law, client funds are held in a trust account, with all interest earned on the trust account being paid to the State of Ohio to fund certain law-related programs. Currently, participation in the IOLTA (interest on lawyers' trust accounts) program is mandatory for all Ohio lawyers. Your signature on this letter constitutes Your consent to continued participation in the State of Ohio's mandatory IOLTA program, or any similar mandatory or voluntary program instituted by the State of Ohio in substitution for the IOLTA program, and the recognition that no interest on the trust account is expected to be payable to You.

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing filing was served (1) electronically on the date of filing to all registered ECF participants in the case at the email address registered with the court; and (2) on the following by regular U.S. mail on February 14, 2020:

Debtor Geo-Tech Polymers, 479 Industrial Park Drive, Waverly, Ohio 45690
A.E. Ruston Electric, LLC, 15080 Main Street, Jackson, OH 45640
Accurate Heating & Cooling, 3001 River Road, Chillicothe, OH 45601
Adena Health System, 272 Hospital Road, Chillicothe, OH 45601
Airgas USA, LLC, 6055 Rockside Woods Blvd. North, Ste 500, Independence, OH 44131-2337
Aggreko Chiller Rental, 4610 W. Admiral Doyle Dr., New Iberia, LA 70560
Andritz, 3200 Upper Valley Pike, Springfield, OH 45504
Arochi & Lindner, Insurgentes Sur 1605-Piso 20 San Jose Insurgentes 3900 Ciudad de Mexico, Mexico
Arricks Propane, 178 Burns Road, Lucasville, OH 45648
Arrive Logistics, 4407 Monterey Oaks Blvd. Ste. 150, Austin, TX 78749
Averitt, 1400 Norton Road, Columbus, OH 43228
BAG Corp., 1155 Kas Drive, Suite 170, Richardson, TX 75081
BB&T Commercial Equip. Capital Corp., 2 Great Valley Pkwy, Suite 300, Malvern, PA 19355
BDI, 8000 Hub Pkwy, Cleveland, OH 44125
BDTAID, INC., 507 Richland Ave., Athens, OH 45701
Benesch, 41 S. High Street, Columbus, OH 43215
Bio-Rad Laboratories, 2000 Alfred Nobel Drive, Hercules, CA 94547
Bluegrace, 141 West Jackson Blvd Suite 1920A, Chicago, IL 60604
Bluevine, 30 Montgomery Street, Ste 1400, Kearny, NJ 07032
Bonded Chemicals, 2645 Charter Street, Columbus, OH 43228
BOPP-Black, LLC, 7150 Granite Circle, Suite 203, Toledo, Ohio 43617
Brenntag Mid-South Inc., 134 Reliance Drive, Hebron, OH 43025
Bryn Mawr Equipment Finance, Inc., 801 Lancaster Ave., Bryn Mawr, PA 19010
Buckeye Boxes, 601 N. Hague Ave., Columbus, OH 43204
Bunting Magnetics Company, 500 South Spencer Road, Newton, KS 67114
C&J Electric Supply Co., 69 W. Main Street, Chillicothe, OH 45601
Capehart & Scatchard, 8000 Midlantic Drive, Mount Laurel, NJ 08054
Carhart Products Inc., 460 E. Main Street, Saranac, MI 48881
Carolina Recycling & Consult., 250 Mill Street, Suite 1, Taylors, SC 29687
Carrier Rental Systems, 11434 Kaltz Ave, Pleasant Ridge, MI 48069
Central AutoStore, 221 West Emmit Ave. Route 23, Waverly, OH 45690
Central Ohio Forklifts, Inc., 4150 Perimeter Drive, Columbus, OH 43228
Centurion Container, 8203 Market Street, Houston, TX 77029
Chillicothe Fire & Security, 1071 Marietta Road, Chillicothe, OH 45601
CHTD Company, PO Box 2576, Springfield, IL 62708
Cintas Corporation #530, 1300 Boltonfield Street, Columbus, OH 43228
Cole Kirby & Associates LLC, 633 7th Street Ste. A, Portsmouth, OH 45662

CT Corp. System, 330 N Brand Blvd. Suite 700, Glendale, CA 91203
DeWolf Chemical (frGMZ), 300 Jefferson Blvd #206, Warwick, RI 02888
Dr. Sudarsana Challa, 2596 Adam's Way Drive, Aurora, IL 60502
Echo, 600 W. Chicago Ave., Ste 725, Chicago, IL 60654
Echo Environmental Waverly, LLC, 10720 Composite Drive, Dallas, TX 75220
ECO, 1391 W. 5th Ave., Columbus, OH 43212
ECO Logistics, 1391 W. 5th Ave., Columbus, OH 43212
Electrical Brokerage Serv. of Ohio LLC, 6039 Glenfinnan Court, Dublin, OH 43017
Encore PolyCorp., 1264, 240 W. Passaic St. #7, Maywood, NJ 07607
Erema, 23 Old Right Road, #2, Ipswich, MA 01938
Fastenal, 1150 Alum Creek Drive, Columbus, OH 43209
FCX Performance, 3000 E. 14th Street, Columbus, OH 43219
FedEx, 2016 N. High Street, Columbus, OH 43201
First Corporate Solutions, 914 S. Street, Sacramento, CA 95811
Foremost Management Inc., 1 E. Central Blvd., Palisades Park, NJ 07650
Frost Brown & Todd, 10 W. Broad Street, Columbus, OH 43215
Fundbox, c/o Tenaglia & Hunt, 395 W. Passaic Street #205, Rochelle Park, NJ 07662
Gala Industries, 181 Paula Street, Eagle Rock, VA 24085
Geiger Brothers, 317 Ralph Street, Jackson, OH 45640
Grainger, 3640 Interchange Road, Columbus, OH 43204
Great American Financial Services, PO Box 5425, Cincinnati, OH 45201-5425
Hague Technologies, LLC, PO Box 58228, Salt Lake City, UT 84158
Hop Capital c/o Berkovitch & Bouskila, 80 Broad Street, Suite 3303, New York, NY 10004
Hopewell Waverly 6, 675 Parkland Blvd., Dallas, TX 75248
ICS Great Plains, 503 Des Moines Street, Webster City, IA 50595
IFund Co. LLC, 989 6th Ave. 20th Floor, New York, NY 10018
Ingersoll Rand, 800-E Beatty Street, Davidson, NC 28036
Innovative Functions Inc., 3200 S. Bridge Street, Chillicothe, OH 45601
Instron, 900 Liberty Street, Grove City, PA 16127
International Fin. Services Corp., 1113 S. Milwaukee Ave., Suite 301, Libertyville, IL 60048
Johnson, Oliver & Howard, 701 6th Street, Portsmouth, OH 45662
JT Container, 255 Woodford Ave, Elyria, OH 44035
Kanawha Scales & Systems, 5525 Chantry Drive, Columbus, OH 43232
KICE Industries Inc., 5500 Mill Heights Drive, Wichita, KS 67219
Knight Capital Funding, 9 E. Loockerman Street, Ste 202-543, Dover, DE 19901
Litter Quality Propane, 524 Eastern Ave., Chillicothe, OH 45601
McMaster-Carr, 200 Aurora Industrial Pkwy, Aurora, OH 44202
META Solutions, 2100 Citygate Drive, Columbus, OH 43219
Midwest Knife Grinding Inc., 492 Elm Ridge Ave., Canal Fulton, OH 44614
Midwestern Industries, 915 Oberlin Ave. SW, Massillon, OH 44647
Millwood Inc., 1886 Williams Road, Columbus, OH 43207
MMS Group, 6325 Sashabaw Road, Suite I, Waverly, OH 45690
National Traffic Systems, 168 Garber Lane, Winchester, VA 22602

New Cingular Wireless/AT&T Mobility, 1025 Lenox Park Boulevard NE, Atlanta, GA 30319
Nordson Xaloy Inc., 375 Victoria Road, Youngstown, OH 44515,
Norstone, 315 E. 4th Street, Bridgeport, PA 19405
Northern Safety & Industrial, 123 Kingsport Press Road, Church Hill, TN 37642
Office Depot, 1331 Boltonfield Street, Columbus, OH 43228
Ohio A.G. Collections Enforcement Section 150, E. Gay Street, Columbus, OH 43215-3191
Ohio Bureau of Workers Compensation, 30 W. Spring Street, Columbus, OH 43215
Ohio Department of Taxation, PO Box 182401, Columbus, OH 43218
Orkin Inc., 6232 Huntley Road, Columbus, OH 43229
OSHA, 36 Triangle Park, Cincinnati, OH 45246
Park IP Translations, 15 W. 37th Street #8, New York, NY 10018
Parker Simon & Kokolis, 110 North Washington Street, Suite 500, Rockville, MD 20850
Partners Capital Financial Services, 1900 Polaris Pkwy #450, Columbus, OH 43240
Pettit's, 117 Greenfield Sabina Road, Washington Court House, OH 43160
Pike County Chamber of Commerce, 12455 OH-104, Waverly, OH 45690
Pike County Community & Eco Dev., 116 N. Market Street #103, Waverly, OH 45690
Pike Natural Gas Company, 144 Bowers Ave., Waverly, OH 45690
Premier Container, 4500 Crayton Ave., Cleveland, OH 44104
Quarterspot, 333 7th Ave., Suite 1402, New York, NY 10001
RKJ Fabrication & Construction LLC, 201 E. North Street, Waverly, OH 45690
Rowe Equipment Inc., 19534 Bauer Road, Hockley, TX 77447
Rumpke, 1191 Fields Ave., Columbus, OH 43201
Sanjay Dutta, 7653 Devins Ridge, Clarkston, MI 48348-4355
Saturn Funding, LLC, 85 Broad Street, New York, NY 10004
Shoemaker Rigging & Transport, 3385 Miller Park Road, Akron, OH 44312
SOCS Wireless, 219 W. Emmitt Ave. Ste B, Waverly, OH 45690
Southern Container LLC, 150 Howell Drive, Dalton, GA 30721
Starr Digital Solutions, 6124 Seeds Road #A, Grove City, OH 43123
State Electric Supply Company, 2045 8th Street, Portsmouth, OH 45662
Steven Moore, 1571 Shyville Road, Piketon, OH 45661
Stockmeister PHC, 706 Main Street, Jackson, OH 45640
Sudarsana Challa, 2596 Adamsway Drive, Aurora, IL 60502
Sunrush Water, 705 E. 2nd Street, Piketon, OH 45661
Swift Capital, 3505 Silverside Road, Wilmington, DE 19810
The Collection Law Group, 325 Chestnut Street, Philadelphia, PA 19106
The Scioto Ribber, 1026 Gallia Street, Portsmouth, OH 45662
The Water Express, 400 Chamber Drive, Chillicothe, OH 45601
TQL, 640 S. Front Street #640, Columbus, OH 43215
Trinity Logistics, 2893 George Page Jr. Road, Ste 243, Columbus, OH 43217
Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158
US Bank, 425 Walnut Street, Cincinnati, OH 45202
US Bearing & Power, 6829 Teays Valley Road, Scott Depot, WV 25560
Vecoplan LLC, 5708 Uwharrie Road, High Point, NC 27263

Venture Express, 23198 NorthwestPkwy, Marysville, OH 43040
VNS Federal ServicesLLC, 1355ColumbiaParkTrail, Richland, WA 99352
Wagner WRS, 95 RenickAve., Chillicothe, OH 45601
WAI-Benefits, 3300 CorporateWay, Hollywood, FL 33025
Wastren Advantage-MGCHoldings, 1571 ShyvilleRoad, Piketon, OH 45661
WE ContractingLLC, 243 SeifRoad, Piketon, OH 45661
Willis & Sons, 301 WalnutStreet, Waverly, OH 45690
Wolf CommercialBrokerage, 10475 TennesseeAve., Los Angeles, CA 90064
Workforce Payhub, 104E.MaumeeStreet, Adrian, MI 49221
YRC Freight, 5400 FisherRoad, Columbus, OH 43228

                                                        */s/ **Theran J. Selph, Sr.**
                                                        Theran J. Selph, Sr.    (0079376)
                                                        *Proposed counsel for Debtor Geo-Tech Polymers, LLC*

                     ###